IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOOK BRANDS, LLC and<br>MARIETTA CROSSING LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>ZURICH NORTH AMERICAN<br>INSURANCE COMPANY,<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:23-cv-02006-K |

## PLAINTIFFS' NOTICE OF NONSUIT WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs LOOK Brands LLC ("LOOK") and Marietta Crossing LLC (Marietta Crossing") (collectively "Plaintiffs"), file this notice of dismissal without prejudice. Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs may voluntarily dismiss this action without a court order because Defendants have not served an answer or motion for summary judgment.

Upon further investigation of Plaintiffs' citizenship, as ordered by this honorable Court, Plaintiffs determined that there is not complete diversity between the citizenship of the parties, and therefore voluntarily dismiss this action in its entirety, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: September 18, 2023

Respectfully submitted,

**MCKOOL SMITH, P.C.**

/s/ *Robert M. Manley*
Robert M. Manley SBN 787955
Avery Williams SBN 24075282
300 Crescent Court, Suite 1500
Dallas, Texas 75201
rmanley@mckoolsmith.com
awilliams@mckoolsmith.com

*Attorneys for Plaintiffs*
**LOOK BRANDS, LLC** and
**MARIETTA CROSSING LLC**

2